**Lamar Floyd**
**116 Covington Road**
**Rochester, NY 14617**

August 10, 2024

Honorable Frank P. Geraci
United States Courthouse
100 State Street
Rochester, NY 14614

      Re:   ***Civil Action No. 24-CV-6313-FPG***

Dear Your Honor,

      On June 12, 2024, I sent to you the Certificate of Service issued by the Clerk of the Court on June 3, 2024 (Dkt. #4), to advise that both parties have been served (Dkt. #5). To date, I have heard nothing back from either party.

      As stated in my June 12th letter, I am unsure what the next steps would be, and I'm asking, could you please let me know what is next, and/or if a scheduling order could be issued for Wegmans and Mr. McMurray to respond to my complaint?

      Thank you in advance for your time regarding my case.

                                   Respectfully,

                                   Lamar Floyd

/Enc.

Lamar Floyd
116 Covington Road
Rochester, NY 14617




ROCHESTER NY   144

9 AUG 2024   PM 3   L



USDC-WDNY
AUG 1 2 2024
ROCHESTER

Honorable Frank P. Geraci
United States Courthouse
100 State Street
Rochester, NY 14614

14614-135099